# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00294-CR

---

**Adam Ray Brown, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-DC-24-202066, THE HONORABLE SELENA ALVARENGA, JUDGE PRESIDING**

---

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant's brief was originally due October 30, 2025. After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due January 30, 2026. In granting the most recent extension, this Court advised counsel that no further extensions would be granted and that the failure to file a brief would result in the case being referred to the trial court for a hearing under Rule 38.8(b) of the Rules of Appellate Procedure. To date, the brief has not been tendered for filing and is overdue.

The appeal is abated and remanded to the trial court. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal and, if so, whether counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2), (3). The court shall make appropriate written findings and recommendations. *See id.* R. 38.8(b)(2), (3). If necessary, the

court shall appoint substitute counsel who will effectively represent appellant in this appeal. Following the hearing, which shall be transcribed, the trial court shall order the appropriate supplemental clerk's and reporter's records—including all findings and orders—to be prepared and forwarded to this Court no later than March 23, 2026. *See id.* R. 38.8(b)(3).

It is so ordered February 23, 2026.


Before Chief Justice Byrne, Justices Theofanis and Crump

Abated and Remanded

Filed: February 23, 2026

Do Not Publish